**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| **LEE O. KRAUS, JR.** | Case No. 20-50946 JAM |
| Debtor | |

**APPLICATION TO EMPLOY**
**JEFF KING AS SPECIAL COUNSEL**

The application of Lee O. Kraus, Jr. ("Debtor") by and through his Chapter 11 counsel (application for retention pending), Coan, Lewendon, Gulliver & Miltenberger, LLC, requesting authorization to retain special counsel for prosecuting the pending appeal of a judgment against Debtor, pursuant to Section 327(e) of the Bankruptcy Code, and Rule 2014, F.R. Bankr. P. and LBR 2014-1, respectfully represents as follows:

1. On the 12th day of November 2020 (the "Petition Date") this case was commenced by the filing of a voluntary petition herein under Chapter 11 of the United States Bankruptcy Code.

2. The Debtor desires to retain, pursuant to 11 U.S.C. Section 327(e), Jeffrey R. King, a member of the law firm of Sage Law LLP of Overland Park, Kansas, as special counsel to the Debtor herein for the purpose of representing Debtor in the following matters:

   a. Pending appeal to the United States Court of Appeals for the Eighth Circuit against Debtor designated Case No. 20-2771, of judgment from the United States District Court for the District of Missouri in the case of Jerald S. Enslein, in his capacity as Chapter 7 Trustee for Xurex, Inc. v. Giacomo E. D Mase, 4:16-CV-09020-ODS (the "District Court Matter").

3. Your Petitioner has selected said attorney for the reason that said attorney has expertise and experience in litigation including particularly appellate matters. Moreover the proposed counsel has knowledge of the complicated facts of the District Court Matter having represented in the District Court Matter a co-defendant who previously settled the case against

said co-defendant. Consequently the proposed counsel has significant background and knowledge that has been developed in connection with the matter under appeal. He is duly admitted to the Bars of the States of Kansas and Missouri, the United States District Courts for the Districts of Kansas, and Western District of Missouri, as well as the United States Supreme Court. In addition he is admitted to the United States Courts of Appeals for the Sixth, Seventh, Eighth, Ninth and Tenth Circuits.

4.    As set forth in the appended Declaration of Jeffrey R. King, the proposed counsel has agreed to accept, and has received prior to the commencement of these proceedings under Chapter 11, a flat fee of $96,000. Any further request for compensation or reimbursement shall be subject to application to and approval of this Court, which application shall be supported by time records of services rendered.

5.    Section 327(e) of the Bankruptcy Code provides that "The trustee, with the court's approval, may employ, for a specified special purpose, other than to represent the trustee in conducting the case, an attorney that has represented the debtor, if in the best interest of the estate, and if such attorney does not represent or hold any interest adverse to the debtor or to the estate with respect to the matter on which such attorney is to be employed."

6.    To the best of your Petitioner's knowledge, said attorney and his firm have no connection with the Debtor's creditors or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed by the Office of the United States Trustee, except to the extent set forth in the declaration affixed hereto and by this reference made a part hereof.

7.    As further set forth in the attached declaration, said attorney represents no interest adverse to the Debtor or to the estate in the matters upon which he is to be engaged for your

Petitioner, is a disinterested person, and his employment would be in the best interest of the estate.

8.      In the considered judgment of Debtor's Chapter 11 counsel, the retention of said special counsel is in the best interest of the creditors, Debtor, and this estate.

THEREFORE, Debtor prays that it be authorized to employ and appoint said Jeffrey R. King as special counsel to represent Debtor in Possession in the matter indicated above and for such other and further relief as the Court deems just and appropriate.

Dated at New Haven, Connecticut, this 12th day of November 2020.

Lee O, Kraus, Jr.

BY: /s/ Carl T. Gulliver
Carl T. Gulliver (ct00944)
Debtor's Counsel
Coan, Lewendon, Gulliver & Miltenberger, LLC
495 Orange Street
New Haven, CT 06511
(203) 624-4756
(203) 865-3673 FAX
cgulliver@coanlewendon.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **LEE O. KRAUS, JR.** | **Case No. 20-50946 JAM** |
| Debtor | |

*PROPOSED*
**ORDER APPOINTING JEFFREY R. KING AS SPECIAL COUNSEL**

The application of Lee O. Kraus, Jr., Debtor in Possession, to employ Jeffrey R. King as special counsel pursuant to Section 327(e) (the "Application") having come before the Court, it is hereby

ORDERED, that the Debtor is authorized to employ Jeffrey R. King as special counsel, effective as of November 12, 2020, to represent the Debtor respecting appeal of the judgment of the United States District Court for the Western District of Missouri in the case of Jerald S. Enslein, in his capacity as Chapter 7 Trustee for Xurex, Inc. v. Giacomo E. D Mase et al, 4:16-CV-09020-ODS to the United States Court of Appeals for the Eighth Circuit as described in the Application, and it is further

ORDERED, that said attorney shall accept no compensation or reimbursement of costs until allowance of any such additional request for compensation upon proper application and order of this Court, which application shall request allowance of fees for services and reimbursement for costs, in this matter subject to review pursuant to Sections 330 and 331 of the Bankruptcy Code, and applicable federal and local bankruptcy rules, upon fee application to be submitted.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **LEE O. KRAUS, JR.** | Case No. 20-50946    JAM |
| Debtor | |

DECLARATION OF ATTORNEY

1. I am a member of the of the law firm of Sage Law LLP and I am duly admitted to the bars of the States of Kansas and Missouri and the United States District Courts for the District of Kansas and Western District of Missouri, as well as the United States Supreme Court. In addition I am also admitted to the United States Courts of Appeals for the Sixth, Seventh, Eighth, Ninth and Tenth Circuits.

2. My law firm, Sage Law LLP, maintains an office for the practice of law at 12980 Metcalf Avenue Suite 400, Overland Park, KS, 66213.

3. On August 12, 2020, I was retained by Lee Kraus to represent him in connection with his appeal to the United States Court of Appeals for the Eighth Circuit of a judgment in favor of Jerald S. Enslein, in his capacity as Chapter 7 Trustee for Xurex, Inc. v. Giacomo E. D Mase Et Al, 4:16-CV-09020-ODS ("the District Court Matter").

4. To the best of my knowledge, information and belief, I and my law office (the "Firm") have no professional or financial connection with the Debtor, its creditors or any other party in interest other than I have represented one of Debtor's co-defendants in the District Court Matter. That co-defendant settled all claims in the District Court Matter against the co-defendant early on and asserts no claim against Mr. Kraus. I have no continuing involvement in said representation of the co-defendant. I and my firm do not assert any claim for fees or costs against the Debtor for any legal services provided prior to this petition being filed.

5. I and the Firm intend to represent Debtor in specific litigation as follows:

Pending appeal to the United States Court of Appeals for the Eighth Circuit against Debtor designated Case No. 20-2771, of judgment from the United States District Court for the District of Missouri in the case of Jerald S. Enslein, in his capacity as Chapter 7 Trustee for Xurex, Inc. v. Giacomo E. D Mase, 4:16-CV-09020-ODS (the "District Court Matter").

6. To the best of my knowledge and belief, neither the Firm nor I represent any interest adverse to the Debtor or the estate herein, and are disinterested persons, in matters upon which I and the firm are to be engaged except to the limited extent set forth above. Moreover, I and my firm have no financial or professional connection with the Debtor except that I formerly represented a co-defendant in the District Court Matter. I and my firm have no connection with the Debtor's creditors or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed by the Office of the United States Trustee.

7. My firm has agreed to accept $96,000 as a flat fee for representation in this matter which has been previously received from Mr. Kraus.

8. I and my firm shall accept no further compensation or reimbursement of costs unless and until we apply to this Court for allowance of fees for services rendered herein for the Debtor plus out of pocket disbursements that may be required. All fees for which any such request is made shall be subject to application to and approval of this Court, which application shall be supported by time records of services rendered and otherwise in compliance with federal and local rules of bankruptcy procedure.

I, Jeffrey R. King, hereby declare, under penalty of perjury that the foregoing is true and correct.

_____
Jeffrey R. King

November 12, 2020
Date

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

**In re:**                                                                                   **Chapter 11**

**LEE O. KRAUS, JR.**                                                         **Case No. 20-50946 JAM**
   **Debtor**

---

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Application to Employ Jeff King as Special Counsel was served via the Court's CM/ECF Service on the Office of the United States Trustee and all appearing parties qualified to receive electronic notice.

                                         BY: /s/   Carl T. Gulliver
                                         Carl T. Gulliver
                                         Federal Bar No. ct00944
                                         Coan, Lewendon, Gulliver & Miltenberger, LLC
                                         495 Orange Street
                                         New Haven, CT  06511
                                         (203)624-4756
                                         (203)865-3673  FAX
                                         cgulliver@coanlewendon.com